CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
BRENDAN GILLIGAN (Bar No. 365069)
E-Mail: Brendan_Gilligan@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Bryant Najera Gonzalez, <br><br> Defendant. | Case No. 2:26-mj-00861 <br><br> **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |

I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or contact me seeking waiver of any rights, unless my counsel is present.

_____
(Defendant's signature)

___Brendan Gilligan_____
(Attorney's name printed)

Date: 2/19/25   Time: 1:50 PM

___Brendan Gilligan_____
(Attorney's name printed)