FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Bryant Najera Gonzalez<br><br>DEFENDANT. | CASE NUMBER<br><br>26-MJ-00861-Duty<br><br>**ABSTRACT OF COURT PROCEEDING** |
|---|---|

**TO:   UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable **Karen L. Stevenson**,
☐ United States District Judge   ☒ United States Magistrate Judge, has this date ☐ ordered ☒ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith            ☐ as soon as possible            ☐ as requested, at suitable times

☐ Allowed social visits         ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for **medication for his current medical condition.**
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: **February 19, 2026**

CLERK U.S. DISTRICT COURT
By: **Gay Roberson**
Deputy Clerk

**RETURN TO CLERK'S OFFICE**
☐ Western Division-Los Angeles      ☐ Southern Division-Santa Ana      ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____
_____
_____

| Name (Print) | Title | Signature |
|---|---|---|

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)                                        ABSTRACT OF COURT PROCEEDING