1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYANT NAJERA GONZALEZ,<br><br>    Defendant. | Case No. 2:26-cr-00106-MWC<br><br>**[PROPOSED] ORDER RELIEVING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINTING CJA COUNSEL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is relieved as counsel of record and CJA Panel Attorney _____ will be appointed to represent defendant Bryant Najera Gonzalez.

Dated: March __, 2026            By _____
                                    HON. MICHELLE WILLIAMS COURT
                                    United States District Judge