UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRYANT NAJERA GONZALEZ,<br><br>　　　　Defendant. | Case No. 2:26-cr-00106-MWC<br><br>**ORDER RELIEVING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINTING CJA COUNSEL (DKT. 16)** |

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is relieved as counsel of record and CJA Panel Attorney Nate Crowley will be appointed to represent defendant Bryant Najera Gonzalez.

Nate Crowley

Nate Crowley Law Office, PC

P.O Box. 22661

San Diego, CA 92101

Email: Nate@crowleycrowleylaw.com

1
2
3   Dated: March 6, 2026           By _____
4                                  HON. MICHELLE WILLIAMS COURT
                                   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28